CLERK'S OFFICE U.S. DIST COURT
AT CHARLOTTESVILLE, VA
FILED
JUL 2 3 2007
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ANGELA D. ESTES,<br><br>        *Plaintiff,*<br><br>v.<br><br>CHARLOTTESVILLE HOUSING AND<br>REDEVELOPMENT AUTHORITY,<br><br>        *Defendant.* | CASE NO. 3:06-CV-00033<br><br>MEMORANDUM OPINION AND ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff's Motion for Reconsideration, filed July 7, 2007 (docket entry no. 52). Because Plaintiff does not raise substantial arguments or cite controlling authorities not present in its original briefing, the motion is DENIED.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

7-23-07
Date